No. D–1688. IN RE DISBARMENT OF GARRIGAN. Daniel P. Garrigan, of Dallas, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1689. IN RE DISBARMENT OF TAYLOR. Joe Edward Taylor, of Dallas, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1690. IN RE DISBARMENT OF WEINIG. Harvey Weinig, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–67. POZSGAY v. POZSGAY; and
No. M–69. COLON v. FLORIDA COMMISSION ON ETHICS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 120, Orig. NEW JERSEY v. NEW YORK. Motion of the Special Master for award of fees and expenses granted, and the Special Master is awarded a total of $144,837.50 for the period November 18, 1995, through May 15, 1996, to be paid equally by the parties. [For earlier order herein, see, e. g., 516 U. S. 1026.]

No. 95–891. OHIO v. ROBINETTE. Sup. Ct. Ohio. [Certiorari granted, 516 U. S. 1157.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 95–974. ARIZONANS FOR OFFICIAL ENGLISH ET AL. v. ARIZONA ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 1102.] Motion of U. S. English, Inc., for leave to file a brief as amicus curiae granted.

No. 95–1065. SCHENCK ET AL. v. PRO-CHOICE NETWORK OF WESTERN NEW YORK ET AL. C. A. 2d Cir. [Certiorari granted,